# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
### AT LOUISVILLE

**VICTORIA M. HERNANDEZ**                                       **PLAINTIFF**

**vs.**                                                          **CIVIL ACTION NO. 3:17-CV-691-CRS**

**RES-CARE, INC.**                                                   **DEFENDANT**

## ORDER OF DISMISSAL

Counsel having notified the Court of a settlement in this matter (DN 11),

**IT IS HEREBY ORDERED** that this case is **DISMISSED** from the Court's docket with leave to reinstate within thirty-five (35) days if the settlement is not consummated. Counsel may tender a supplemental order of dismissal if they so desire.

Date: June 15, 2018

*[signature]*

**Charles R. Simpson III, Senior Judge**
**United States District Court**

cc: Counsel of Record