## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE
## CIVIL ACTION NO. 3:17-CV-691-CRS

| | |
|---|---|
| VICTORIA M. HERNANDEZ, )<br>)<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>RES-CARE, INC., )<br>)<br>DEFENDANT. )<br>) | *Electronically Filed*<br><br>**AGREED ORDER OF DISMISSAL**<br>**WITH PREJUDICE** |

Plaintiff Victoria M. Hernandez and Defendant Res-Care, Inc. hereby request, by counsel, the entry of this Agreed Order of Dismissal with Prejudice.  The Court being otherwise sufficiently advised:

**IT IS HEREBY ORDERED** that this matter is fully and finally dismissed, with prejudice, with each party to bear her or its own costs and fees.

2

**HAVE SEEN AND AGREED:**

/s/Ayala Golding (w/permission)
Ayala Golding
Tilford, Dobbins & Schmidt, PLLC
401 West Main Street, Suite 1400
Louisville, Kentucky 40202
Phone: (502) 584-1000
agolding@tilfordlaw.com

*Counsel for Plaintiff*
*Victoria Hernandez*

/s/John. O. Sheller
John O. Sheller
Steven T. Clark
Stoll Keenon Ogden PLLC
2000 PNC Plaza
500 West Jefferson Street
Louisville, Kentucky 40202
Phone: (502) 333-6000
john.sheller@skofirm.com
steven.clark@skofirm.com

*Counsel for Defendant*
*Res-Care, Inc.*

111692.159047/1586050.1