IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:17-CV-691-CRS

| | | |
|---|---|---|
| VICTORIA M. HERNANDEZ, | ) | |
| | ) | *Electronically Filed* |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | **AGREED ORDER OF DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| RES-CARE, INC., | ) | |
| | ) | |
| DEFENDANT. | ) | |
| | ) | |

Plaintiff Victoria M. Hernandez and Defendant Res-Care, Inc. hereby request, by counsel, the entry of this Agreed Order of Dismissal with Prejudice. The Court being otherwise sufficiently advised:

**IT IS HEREBY ORDERED** that this matter is fully and finally dismissed, with prejudice, with each party to bear her or its own costs and fees.

June 25, 2018

**Charles R. Simpson III, Senior Judge**
**United States District Court**

**HAVE SEEN AND AGREED:**

| | |
|---|---|
| */s/Ayala Golding (w/permission)* <br> Ayala Golding <br> Tilford, Dobbins & Schmidt, PLLC <br> 401 West Main Street, Suite 1400 <br> Louisville, Kentucky 40202 <br> Phone: (502) 584-1000 <br> agolding@tilfordlaw.com <br><br> *Counsel for Plaintiff* <br> *Victoria Hernandez* | */s/John. O. Sheller* <br> John O. Sheller <br> Steven T. Clark <br> Stoll Keenon Ogden PLLC <br> 2000 PNC Plaza <br> 500 West Jefferson Street <br> Louisville, Kentucky 40202 <br> Phone: (502) 333-6000 <br> john.sheller@skofirm.com <br> steven.clark@skofirm.com <br><br> *Counsel for Defendant* <br> *Res-Care, Inc.* |

111692.159047/1586050.1